**Joyce CROSS, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2012–7132.

United States Court of Appeals, Federal Circuit.

May 10, 2013.

Andrew J. Waghorn, of Gainesville, VA, argued for claimant-appellant.

James R. Sweet, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the respondent-appellee. With him on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E.

Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrnes, Deputy Assistant General Counsel and Lara Eilhardt, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Christa A. Shriber, Attorney.

Before DYK, O'MALLEY, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.